ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    Facsimile: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SOHEILA FOTOVATAHMADI, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>ANTONY J. BLINKEN, in his official capacity as Secretary of the U.S. Department of State, *et al.*,<br><br>    Defendants. | Case No. 3:24-cv-04509 LJC<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFFS' COMPLAINT; AND [PROPOSED] ORDER** |

    The parties, through their undersigned attorneys, hereby stipulate to an extension of time within which the Defendants must serve their answer or otherwise respond in the above-entitled action. Defendants will file their response on or before December 3, 2024.

    The parties further request a corresponding extension on the deadline for filing a motion for summary judgment under the Court's Immigration Mandamus Procedural Order. Dkt. No. 5. Currently, Defendants must file a motion for summary judgment by 120 days after the complaint was served, or December 3, 2024. In view of the agreed-upon extension for Defendants' response to the complaint, the parties request that Defendants must file their motion for summary judgment by February 3, 2025.

Stipulation to Extend
C 3:24-cv-04509 LJC                                1

| | |
|---|---|
| Dated: September 6, 2024 | Respectfully submitted,[1] |
| | ISMAIL J. RAMSEY<br>United States Attorney |
| | */s/ Elizabeth D. Kurlan*<br>ELIZABETH D. KURLAN<br>Assistant United States Attorney |
| | Attorneys for Defendants |
| Dated: September 6, 2024 | */s/ Jennifer Nimer*<br>JENNIFER NIMER<br>*Pro Hac Vice* |
| | PARIS E. SCOTT<br>PARS Equality Center |
| | Attorneys for Plaintiffs |

### [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date:  October 3, 2024

_____
LISA J. CISNEROS
United States Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation to Extend
C 3:24-cv-04509 LJC     2